[No. 57691-7-I.   Division One.   June 1, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. OLIVER W. WEAVER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-05381-0, Sharon S. Armstrong, J., entered April 8, 2005. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Dwyer, C.J.

[Nos. 62146-7-I; 62842-9-I.   Division One.   June 1, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. ALLEN LEWIS BRADFORD, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 07-1-05444-4, Jeffrey M. Ramsdell, J., entered August 4, 2008. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Dwyer, C.J., and Appelwick, J.

[Nos. 62632-9-I; 62633-7-I.   Division One.   June 1, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD EDWARD HODGES, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 07-1-04166-1, Michael Hayden, J., entered October 2, 2008. *Affirmed* by unpublished opinion per Dwyer, C.J., concurred in by Ellington and Lau, JJ.

[No. 62702-3-I.   Division One.   June 1, 2010.]

*In the Matter of the Marriage of* GRACE LOUISE AMAN, *Respondent*, and CRAIG SCOTT AMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-3-03190-5, James D. Cayce, J., entered November 12, 2008. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Dwyer, C.J., and Lau, J.